

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 8 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BAILON,<br><br>Defendant. | Case No. 2:24-cr-00204-SVW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

On May 28, 2026, Defendant David Bailon made his initial on a petition for revocation of supervised release. DFPD Hannah Bogan was appointed to represent Mr. Bailon.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

The nature of the allegations in the Petition—specifically, that Bailon failed to appear for drug testing and meetings with his Probation Officer. The Pretrial Services report indicates that Bailon was aware of this warrant and made no efforts to surrender himself or bring himself back into compliance with the conditions of supervision. Moreover, Bailon submitted on detention, and thus did nothing to carry his burden of showing that conditions could be set that would ameliorate the risk of nonappearance.

B.    ☐    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

*In light of the findings re: risk of nonappearance, the Court declines to make findings based on risk of danger.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: May 28, 2026

_____/s/_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2